■ In the Matter of HAROLD LEEDS, Petitioner, v KENNETH N. BROWNE, as Justice of the Supreme Court of Queens County, et al., Respondents.— Determination of the respondent Justice, holding petitioner in contempt, confirmed, and proceeding dismissed on the merits, without costs or dis-

bursements. No opinion. Damiani, J. P., Suozzi, Rabin and Hawkins, JJ., concur.